# ELECTRONIC RECORD

COA # 03-11-00553-CR         OFFENSE: 32.45

STYLE: Walter Demond v. The State of Texas         COUNTY: Blanco

COA DISPOSITION: Reversed and Vacated in Part; Modified and, as Modified, Affirmed in Part         TRIAL COURT: 424th District Court

DATE: 11/21/14         Publish: YES         TC CASE #: CR-1016

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Walter Demond v. The State of Texas         CCA #: 1636-14

_____APPELLANT'S_____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

_____refused_____         JUDGE: _____

DATE: March 18, 2015         SIGNED: _____    PC: _____

JUDGE: PC         PUBLISH: _____    DNP: _____

Richardson, J. NOT PARTICIPATING

--------------------------

_____State's_____ PETITION

FOR DISCRETIONARY REVIEW

IS _____refused_____

DATE March 18, 2015

PC

_____JUDGE_____
Richardson, J., Not Participating

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**